**Order filed April 9, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00949-CV
_____

**ASHLEY JOHN, Appellant**

**V.**

**SERVICE KING PAINT & BODY, LLC, DBA SERVICE KING, AKA/DBA SERVICE KING #069 SERVICE KING COLLISION REPAIR CENTER, SERVICE KING HOLDINGS, LLC, Appellees**

**On Appeal from County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-CCV-059423**

## ORDER

Appellant has filed a motion to challenge the trial court's order to pay costs. Pursuant to Rule 145(g)(3) of the Texas Rules of Civil Procedure, we order the Fort Bend County District Clerk and the court reporter for County Court at Law No. 4 to prepare and file with this court the record of all trial court proceedings on

appellant's claim of indigence. *See* Tex. R. Civ. P. 145(g)(3). The record must be provided without charge and filed with this court on or before April 24, 2020.

Any response to appellant's motion challenging the ruling by the trial court is due within fifteen (15) days of the date the record of all trial court proceedings on appellant's claim of indigence is filed in this court.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Spain.